# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0046. RAJ K. PATEL v. UNITED PARCEL SERVICES, INC.**

Raj Patel has filed an emergency motion under Court of Appeals Rule 40 (b) in which he asks this Court to issue a writ of mandamus directing the Fulton County State Court to rule on one or more motions filed by Patel in that court.[1]

"Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, . . . and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). An appellate court has limited original mandamus authority in aid of its jurisdiction. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV. Mandamus will issue "only if (1) no other adequate legal remedy is available to effectuate the relief sought; and (2) the applicant has a clear legal right to such relief." *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014). Thus, the procedure to be followed before seeking to invoke this Court's original mandamus jurisdiction is to file the petition in the appropriate lower court first. See *Graham v. Cavender*, 252 Ga. 123, 123 (311 SE2d 832) (1984); *Expedia, Inc. v. City of Columbus*, 305 Ga. App. 450, 455 (2) (b) (699 SE2d 600) (2010) ("Except in the rarest of cases, litigants seeking to invoke this Court's original jurisdiction . . . must first petition the superior court for such relief.").

Here, the materials submitted with Patel's emergency motion contain no indication that he has sought a ruling in the superior court on the claims he seeks to

---

[1] The materials Patel submitted with his emergency motion do not contain any of the motions on which he seeks rulings from the state court.

raise in a mandamus petition. This case therefore does not present one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013). Rather, Patel must first pursue relief in the superior court. See *Graham*, 252 Ga. at 123; *Brown*, 251 Ga. at 436; *Expedia, Inc.*, 305 Ga. App. at 455 (2) (b). Accordingly, Patel's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  04/28/2023*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*